JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CITRUS PLUS, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>SPECIALTY FRESH, LLC, a California limited liability company; JOHN G. HEIN, an individual,<br><br>        Defendants. | CASE NO. 5:19-cv-391-JGB-SP<br><br>**JUDGMENT PURSUANT TO STIPULATION** |

Having read and considered Plaintiff Citrus Plus, Inc. ("Citrus Plus") and Defendants Specialty Fresh, LLC ("Specialty") and John G. Hein ("Hein") stipulation for entry of judgment and good cause appearing therefor:

IT IS HEREBY ADJUDGED that the Stipulation is approved in its entirety and the Stipulated Facts therein are adopted by this Court as Findings of Fact;

IT IS FURTHER ADJUDGED that Judgment is entered in favor of Citrus Plus and against Defendants, jointly and severally, in the following amounts:

        Principal:                  $259,858.56

        Interest:                    $20,051.04

        Attorney's Fees:        $18,000.00

| | | |
|---|---|---|
| | Costs: | $613.00 |
| | Total | $298,522.60 |

Post Judgment Interest shall continue to accrue at the rate of 18% per annum until fully paid. The above amounts qualify for statutory trust protection under PACA, 7 U.S.C. § 499e.

IT IS FURTHER ADJUDGED that Citrus Plus shall have authority obtain, file, record, or perfect liens related to this judgment. However, Citrus Plus shall stay execution of the judgment as long as Defendants make monthly payments of $5,000.00 made payable to "Citrus Plus, Inc." and received by Citrus Plus at 7209 Jurupa Ave., Riverside, CA 92504 by the first day of each month until fully paid beginning February 1, 2020. So long as Defendants are not in default of the monthly payments, Citrus Plus shall discount post-judgment interest to 10.00% per annum so that the full balance is paid by February 1, 2026.

IT IS FURTHER ADJUDGED that if Defendants pay the full balance due within six months of entry of the judgment, Citrus Plus shall discount interest to 6.753% on post-judgment interest.

IT IS SO ADJUDGED AND ORDERED.

DATED: January 17, 2020

HON. JESUS G. BERNAL
U.S. DISTRICT COURT JUDGE